### MILLER v. WHITE.

In the absence of any evidence to the contrary, or any circumstance to lead to a different conclusion, it must be taken for granted, that the appeal was demanded on the day, mentioned in the transcript, as the day of giving judgment, and having such evidence, the Common Pleas should not have dismissed the appeal, on the ground of its not appearing by the record, when it was demanded.

This was a motion for a writ of *mandamus* to the Common Pleas in a matter of appeal from a Justice of the Peace.

*Wall,* in support of the motion, cited *Reeves and al.* v. *Wilson,* 2 *Green,* 116.

*H. W. Green, contra.*

By THE COURT. The Court of Common Pleas dismissed the appeal, on the ground, that it did not appear by the record, when the appeal was demanded; but upon inspecting the transcript, we find all the proceedings in the cause, before the Justice, regularly entered, in consecutive order, under date of the 16th July 1836, the day on which the trial took place. In the absence therefore of any evidence to the contrary, or any circumstance to lead to a different conclusion, we must take the fact to be, that the appeal was demanded, on that day, after the Judgment had been rendered. Let a *mandamus* issue as prayed for.

*A mandamus allowed.*